# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JENNY PEREZ,<br>                Plaintiff,<br>v.<br>NANCY A. BERRYHILL,[1] ACTING<br>COMMISSIONER OF SOCIAL SECURITY,<br>                Defendant. | CIVIL ACTION<br><br>NO. 16-5315 |

## ORDER

**AND NOW**, this 2nd day of October, 2017, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Dkt. No. 11); Defendant's Response to Request for Review of Plaintiff (Dkt. No. 12); Plaintiff's Reply Brief (Dkt. No. 13); and after review of the Report and Recommendation of United States Magistrate Judge Henry S. Perkin dated August 31, 2017, **IT IS ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The relief sought by Plaintiff is **GRANTED** in part as described below;

3. The case is **REMANDED** to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g), and in accordance with the Report and Recommendation; and

4. In all other respects, Plaintiff's request for relief is **DENIED**.

BY THE COURT:

/s/ J. Curtis Joyner
J. CURTIS JOYNER, J.

---

[1] On January 23, 2017, Nancy A. Berryhill became the Acting Commissioner of the Social Security Administration. She is automatically substituted as the Defendant in this action. See Fed. R. Civ. P. 25(d).